Decided April 12, 2002

STATE OF CONNECTICUT *v.* AYISHEA DENSON

The defendant's petition for certification for appeal from the Appellate Court, 67 Conn. App. 803 (AC 20754), is denied.

*Reine C. Boyer*, special public defender, in support of the petition.

_____

* The appeal was withdrawn June 26, 2002.

*James M. Ralls*, assistant state's attorney, in opposition.

Decided April 19, 2002

The defendant's petition for certification for appeal from the Appellate Court, 67 Conn. App. 415 (AC 21027), is denied.